UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOYLE HOMES, INC. and JEFFREY DOYLE,

    Plaintiffs,

v.                      Case No. 14-12933

SIGNATURE GROUP OF LIVINGSTON, INC.
ET AL.,

    Defendants.
                                     /

**ORDER DISMISSING THE CASE**

Plaintiffs Doyle Homes, Inc. and Jeffrey Doyle initiated the instant action against Defendants Signature Group of Livingston, Inc. ("Signature Group"), Thomas B. Coates, Jr., and Kevin Dyke and Kelly Dyke (the "Dykes") on July 28, 2014. (Dkt. # 1.) Signature Group and the Dykes filed motions to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which the court granted on November 18, 2014. (Dkt. # 19.) On December 15, 2014, the court ordered Plaintiffs to show cause, by December 22, 2014, why the case should not be dismissed for failure to prosecute pursuant to E.D. Mich LR 41.2. (Dkt. # 21.) Plaintiffs failed to timely respond. Accordingly,

Inasmuch as Defendant Thomas B. Choates, Jr. is the last remaining defendant, IT IS ORDERED that the Complaint (Dkt. # 1) is DISMISSED.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: January 11, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2015, by electronic and/or ordinary mail.

    s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522