# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DOYLE HOMES, INC. and JEFFREY DOYLE,

    Plaintiffs,

v.                                                  Case No. 14-12933

SIGNATURE GROUP OF LIVINGSTON, INC.
ET AL.,

    Defendants.

_____/

**ORDER STAYING PROCEEDINGS AND SCHEDULING A STATUS CONFERENCE**

On March 18, 2015, the court held a scheduling conference with counsel representing the parties in this case. During the conference, the parties agreed to stay all obligations and deadlines and to pursue to settlement discussions with Magistrate Judge Mona K. Majzoub. Accordingly,

IT IS ORDERED that all obligations, deadlines, and formal proceedings in this matter are STAYED.

IT IS FURTHER ORDERED that this case will be referred to Magistrate Judge Mona K. Majzoub.

IT IS FURTHER ORDERED that a telephone conference is scheduled for **March 30, 2015 at 10:20 a.m.** THE COURT WILL INITIATE THE CALL.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: March 23, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2015, by electronic and/or ordinary mail.

 s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522